IN THE UNITED STATES DISTRICT COURT FOR THE ~~RECEIVED~~
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION 2025 MAY -1 A 8: 22

TREY GRANGER, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

)
)
~~ROGER~~ JAMES ZORN, SR.
)
Plaintiff(s),
)
)    CIVIL ACTION NO.
)
)    JURY DEMAND (MARK ONE)
)
v.                )    ☑ YES    ☐ NO
)
ELON MUSK              )         2:25-cv-00324-MHT-SMD
)
Defendant(s).

COMPLAINT

1.  Plaintiff(s)' address and telephone number: 1922 Hwy 177
Bonifay, Florida 32425
850-768-8532

2.  Name and address of defendant(s): ELON MUSK, Department
of Government Efficiency.
1600 Pennsylvania Avenue NW
Washington, D.C. 20500

3.  Place of alleged violation of civil rights: Violates Civil Rights
and Violation of Constitution...

4.  Date of alleged violation of civil rights: April 29, 2023

5.  State the facts on which you base your allegation that your constitutional rights have been
violated: Wrongful DEATH, Leaving the
Scene of a Fatal Accident, Tampering
with Evidence, Elder Abuse Finanical
Exploitation and Financial Abuse...
(PTSD)

1

6.  Relief requested: IN MONEY Five Hundred TRILLION dallors For, Pain Suffering, Sorrow and ending the Zorn Family name From existance ... Take I have worked, So hard FoR... (All my life) You don't understand...

GOD BLESS ...

Date: April 23, 2025

Plaintiff(s) Signature

2



PRESS FIRMLY TO SEAL

**PRIORITY MAIL EXPRESS**

**PRIORITY MAIL EXPRESS®**

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

United States Postal Service®
Label 119, Nov 2018

**FOR DOMESTIC AND INTERNATIONAL**

■ **UNITED STATES POSTAL SERVICE®**    **PRIORITY MAIL EXPRESS®**

39

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)    PHONE ( 850 768-8532

Roger Zorn
1927 Hwy 177
Bonifay, Fl
    32425

**DELIVERY OPTIONS (Customer Use Only)**
□ **SIGNATURE REQUIRED** Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
**Delivery Options**
□ No Saturday Delivery (delivered next business day)
□ Sunday/Holiday Delivery Required (additional fee, where available)*
    *Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)    PHONE ( )

US District Court Clerk
1 Church Street    B-110
Montgomery, Ala,

ZIP + 4® (U.S. ADDRESSES ONLY)
    -    36104

■ For pickup or USPS Tracking™, visit USPS.com® or call 800-222-1811.
■ $100.00 insurance included.



← **PEEL FROM THIS CORNER**

**Retail**



U.S. POSTAGE PAID
PME
CHIPLEY, FL 32428
APR 28, 2025

36104

**$35.50**

RDC 07    S2324P506863-06

EI 214 403 053 US

**PAYMENT BY ACCOUNT (If applicable)**
USPS® Corporate Acct. No.    Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**

| □ 1-Day | □ 2-Day | □ Military | □ DPO |

PO ZIP Code    Scheduled Delivery Date (MM/DD/YY)    Postage
32428    4-30-25    $ 31.40

Date Accepted (MM/DD/YY)    Scheduled Delivery Time    Insurance Fee    COD Fee
4-28-25    □ 12:00 PM    $    $

Time Accepted    □ AM □ PM    Return Receipt Fee    Live Animal Transportation Fee
937    $ 4.10

Special Handling/Fragile    Sunday/Holiday Premium Fee    Total Postage & Fees
$    $    35.50

Weight    Flat Rate    Acceptance Employee Initials
lbs.    ozs.    JG

**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY)    Time    □ AM □ PM    Employee Signature
Delivery Attempt (MM/DD/YY)    Time    □ AM □ PM    Employee Signature

LABEL 11-B, MAY 2021    PSN 7690-02-000-9996