IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ROGER JAMES ZORN, SR., )<br>  )<br>    Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>ELON MUSK,  )<br>  )<br>    Defendant.  ) | CIVIL ACTION NO.<br>2:25cv324-MHT<br>(WO) |

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. 12) are overruled.

(2) Plaintiff's motion to transfer (Doc. 13) is denied.

(3) The United States Magistrate Judge's recommendation (Doc. 11) is adopted to the extent explained in the opinion.

(4) This lawsuit is dismissed without prejudice for failure to state a claim upon which relief may be granted.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 6th day of October, 2025.

                                /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE